**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DAVID L. SOBEL** )<br>5335 Wisconsin Avenue, N.W. )<br>Suite 640 )<br>Washington, DC 20015, )<br>  )<br>      Plaintiff, )<br>v. )<br>  )<br>**DEPARTMENT OF JUSTICE** )<br>950 Pennsylvania Avenue, N.W. )<br>Washington DC 20530, )<br>  )<br>      Defendant. )<br>_____) | Civil Action No. _____ |

## Complaint for Injunctive Relief

1) This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Plaintiff seeks injunctive and declaratory relief to compel defendant Department of Justice to disclose requested records.

## Jurisdiction and Venue

2) This court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B). This court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §§ 2201(a) & 2202. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

## The Parties

3) Plaintiff David L. Sobel is a citizen of the United States and a resident of the District of Columbia. Plaintiff is an attorney and a member of the bar of this Court.

4) Defendant Department of Justice ("DOJ") is a Department of the Executive Branch of the United States Government. DOJ is an "agency" within the meaning of 5 U.S.C. § 552(f). The Executive Office for U.S. Attorneys ("EOUSA") is a component of defendant DOJ.

### Plaintiff's FOIA Request

5) By letter to EOUSA dated March 6, 2023, plaintiff requested records under the FOIA. Specifically, plaintiff sought access to "all documents, electronically stored information or objects obtained from Google, Inc. in response to [a] subpoena, dated May 1, 2020." Plaintiff attached a copy of said subpoena to his FOIA request.

6) To date, EOUSA has not responded in any way to plaintiff's FOIA request.

7) To date, defendant has not made a determination whether it will or will not provide any of the requested records to plaintiff.

### CAUSE OF ACTION

### Violation of the Freedom of Information Act for Wrongful Withholding of Agency Records

8) Plaintiff repeats and realleges paragraphs 1-7.

9) Plaintiff has exhausted the applicable and available administrative remedies with respect to defendant's processing of plaintiff's FOIA request.

10) Defendant has wrongfully withheld the requested records from plaintiff by failing to comply with the statutory time limit for rendering a determination or response to plaintiff's FOIA request.

11) Plaintiff is entitled to injunctive relief with respect to the release and disclosure of the requested documents.

### Requested Relief

WHEREFORE, plaintiff prays that this Court:

A. order defendant DOJ and its component, EOUSA, to disclose the requested records in their entirety and make copies available to plaintiff;

B. provide for expeditious proceedings in this action;

C. award plaintiff his costs and reasonable attorney's fees incurred in this action; and

D. grant such other relief as the Court may deem just and proper.

Respectfully submitted,

_____
DAVID L. SOBEL, D.C. Bar No. 360418
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, DC 20015
(202) 246-6180

*Counsel Pro Se*

3