# EXHIBIT 1

## David L. Sobel
Attorney-at-Law

Suite 640
5335 Wisconsin Avenue, N.W.
Washington, DC 20015

(202) 246-6180 (voice)
(202) 237-7727 (fax)
sobel@att.net (e-mail)

March 6, 2023

Executive Office for U.S. Attorneys
Department of Justice
175 N Street, N.E.
Suite 5.400
Washington, DC 20530-0001

### Freedom of Information Act Request

Pursuant to the Freedom of Information ACT ("FOIA"), 5 U.S.C. §
552, I hereby request all documents, electronically stored
information or objects obtained from Google, Inc. in response to
the attached subpoena, dated May 1, 2020.  It appears likely
that the requested records are maintained by the office of the
U.S. Attorney for the District of Maryland.

As FOIA requires, I look forward to your determination on this
request within twenty (20) working days.

Thank you.


                              Sincerely,



                              David L. Sobel




attachment

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

District of Maryland

SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:  Google, Inc.
ATTN: Custodian of Records
1600 Amphitheatre Parkway
Mountain View, CA 94043

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Greenbelt Grand Jury<br>6500 Cherrywood Lane, Room 280A<br>Greenbelt, MD 20770 | Date and Time:<br>June 10, 2020 @ 9:00 am |
|---|---|

**YOU MUST** also bring with you the following documents, electronically stored information, or objects (blank if not applicable): See attachment.

In lieu of personal appearance, you may comply with the subpoena by providing the requested information, in electronic format to ███████████████████████████████████████████ Please include a copy of this subpoena with your response.

Date:  May 1, 2020 _____



CLERK OF COURT

Signature of Clerk or Deputy Clerk

Felicia C. Cannon
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are:

████████████████████████████████

Google, Inc.
Mountain View, CA                                                    USAO #2019R00370

ATTACHMENT

For any and all accounts associated with the following identifiers **from March 1, 2020 through present**:

███████████████████

- **202-470-3974**

Provide the following records:

- Subscriber information
- Names (including subscriber names, user names, and screen names)
- Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses)
- Length of service (including start date) and types of service utilized
- Means and source of payment for such service (including any credit card or bank account number) and billing records
- Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Station Equipment Identities ("IMEI"))
- Toll records
- Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions
- Other subscriber numbers or identities (including temporarily assigned network addresses and registration Internet Protocol ("IP") addresses (including carrier grade natting addresses or ports))

**NOTE:**     **RECORDS <u>ARE</u> REQUESTED IN THE FORM OF ELECTRONIC MEDIA.  DATA SHOULD BE PROVIDED IN <u>EXCEL FORMAT (XLS) OR PDF FORMAT (PDF) ON COMPACT DISCS (CDS).</u>  A RECORD LAYOUT IS REQUESTED.**